**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | Case No. 4:09CV00381 ERW |
| HOMESTEAD MEDICAL PHARMACY, INC., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendants Homestead Medical Pharmacy, Inc.; Mary Oses; and Fabio Oses since service upon said Defendants on April 1, 2009.

**IT IS HEREBY ORDERED** that Plaintiff shall file, no later than **May 15, 2009**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, as to said Defendants.

Dated this 29th day of April, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE